No. 84–1595.   RIGGINS *v.* INTERNAL REVENUE SERVICE ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–5854.   OTALORA *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–5944.   PEOPLES *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–5959.   LAMBINUS *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 84–6054.   DIXON *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 84–6064.   LEWIS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–6122.   WILKS *v.* WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.

No. 84–6135.   PERKINS *v.* STEPHENSON, SUPERINTENDENT, CALEDONIA AND ODOM COMPLEX, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–6161.   STALLINGS *v.* MERIT SYSTEMS PROTECTION BOARD.   C. A. Fed. Cir.   Certiorari denied.

No. 84–6176.   FIELDS *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 84–6349.   BIRDEN *v.* GOUSHA.   C. A. 3d Cir.   Certiorari denied.

No. 84–6354.   TOOMEY *v.* WASHINGTON.   Ct. App. Wash. Certiorari denied.

No. 84–6356.   PALLETT *v.* HARP ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–6357.   MOORE *v.* MINTZES, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 84–6358.   STUMES *v.* SOLEM, WARDEN.   C. A. 8th Cir. Certiorari denied.